DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 632599)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:

    CHRISTINA ANN DOUCETTE, AKA:
    CHRISTINA A. FENNELL AND
    KEITH ALAN DOUCETTE,

    Debtors.

Case No. 05-49507-JBR
(Chapter 7)

**MOTION TO WITHDRAW MOTION FOR RELIEF FROM**
**AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362 (d)(1)**

DaimlerChrysler Services North America, LLC, by its counsel, DEILY, MOONEY & GLASTETTER, LLP as and for its Motion to Withdraw Motion for Relief from Automatic Stay, states the following as grounds therefor:

1.    DaimlerChrysler Services North America, LLC is the owner and holder of a perfected security interest in a certain motor vehicle owned by the debtors. DaimlerChrysler Services North America, LLC filed a Motion for Relief from Automatic Stay on December 19, 2005.

2.    Debtors have filed opposition to the Motion for Relief from Automatic Stay.

3.    Since the filing of the Motion, debtors have cured the default and has entered into a Reaffirmation Agreement..

WHEREFORE, DaimlerChrysler Services North America, LLC respectfully requests that this Motion be withdrawn from this calendar at this time.

1

|  |  |
|---|---|
| DATED:  December 19, 2005<br>           Albany, New York | DAIMLERCHRYSLER SERVICES NORTH AMERICA, LLC<br><br>By Its Counsel<br><br>/s/ Martin A. Mooney<br>Martin A. Mooney, Esq. (BBO # 632599)<br>DEILY, MOONEY & GLASTETTER, LLP<br>Office and P.O. Address<br>8 Thurlow Terrace<br>Albany, New York  12203<br>Tel. (518) 436-0344 |

B-DCSBOS.05.10400