**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Keith Alan Doucette and Christina Ann Doucette<br>Debtor, | Chapter: 7<br>Case No: 05–49507<br>Judge Joel B. Rosenthal |

**ORDER DISCHARGING TRUSTEE
AND CLOSING CASE**

It is hereby ordered that the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date: 3/10/06

By the Court,

<u>Joel B. Rosenthal</u>
U.S. Bankruptcy Judge